# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

Peter J. Shakow
pjs@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

March 19, 2013

Via E-Mail

Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten note: 3/20/2013 — The schedule is adopted. A hearing may be held if the Court determines a hearing is desirable. So ordered. Paul Crotty, USDJ]*

Re:   *USA v. Tomasetta, et al.*, Case No. 10-CRIM-1205 (PAC)

Dear Judge Crotty:

Counsel for the defense and the Government have conferred on a briefing schedule for post-trial motions, as requested by the Court following its declaration of a mistrial in late February. Consistent with existing commitments on other matters, all parties propose and ask the Court to order the following briefing schedule:

| | |
|---|---|
| April 29, 2013: | Defendants' motion due |
| May 24, 2013: | Government opposition due |
| June 7, 2013: | Defendants' reply motion |
| ~~June 14, 2013:~~ | ~~Hearing~~ |



Sharon Ben-Shahar · Michael G. Freedman · Mitchell A. Kamin · Aparna S. Mathur · Sandhya Ramodas · S. Deborah Shin
Terry W. Bird · Thomas R. Freeman · Jessica Kornberg · Jeremy D. Matz · Thomas V. Reichert · Michelle C. Tam
Joel E. Boxer · Benjamin N. Gluck · Benjamin D. Lichtman · Bonita D. Moore · Jean Y. Rhee · Nicole R. Van Dyk
Paul S. Chan · Scott L. Goldman · Preston H. Lim · Paul W. Moskowitz · Ekwan E. Rhow · Lisa K. Virani
Jessica S. Chen · Mary H. Hansel · Gary S. Lincenberg · Ronald J. Nessim · John K. Rubiner · Nilay U. Vora
Kans A. Chi · David I. Hurwitz · Vincent J. Marella · Sarah M. Nissel · Peter J. Shakow · Dorothy Wolpert
Mark T. Drooks · Christina I. Johnson · Marc E. Masters

BIRD MARELLA
BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

Hon. Paul A. Crotty
March 19, 2013
Page 2

Respectfully submitted,

Very truly yours,

Peter J. Shakow

s/ Dan Marmalefsky

Dan Marmalefsky
Lawrence Gerschwer
Morrison & Foerster LLP
*Attorneys for Defendant Louis Tomasetta*

PJS

cc: AUSA John O'Donnell (via email)
AUSA Katherine Goldstein (via email)
AUSA David Miller (via email)

2929380.1