UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA,                                     :
:
                Plaintiff,                                  :   No. 10 Crim. 1205 (JSR)
:
    v.                                                         :
:
LOUIS TOMASETTA and EUGENE HOVANEC,                           :
:
                Defendants.                                 :
:
------------------------------------------------------------- x

## DEFENDANT LOUIS TOMASETTA'S
## WAIVER OF APPEARANCE AT PRETRIAL PROCEEDINGS

**MORRISON & FOERSTER LLP**
Dan Marmalefsky (admitted *pro hac vice*)
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
213.892.5200

Lawrence Gerschwer
Katie L. Viggiani
1290 Avenue of the Americas
New York, New York 10104-0050
212.468.8000

*Attorneys for Defendant Louis Tomasetta*

la-1214146

**LOUIS TOMASETTA**, being duly sworn, hereby states as follows:

1. I am a named defendant in the above-entitled action.

2. I have been advised of my right to be present at all stages of the proceedings in this matter, including scheduling conferences and other pre-trial appearances. I have also been advised of the potential ramifications of waiving that right for certain pre-trial proceedings.

3. I do not reside in New York, and to avoid the expense of paying for my travel and accommodations to attend pretrial proceedings, I hereby freely and voluntarily waive my right to appear at pretrial proceedings. I understand that my interests will be fully represented by counsel at all such proceedings.

WHEREFORE, I respectfully request that the Court accept this waiver and excuse me from appearing at all pretrial proceedings in this matter.

_____
LOUIS TOMASETTA

Sworn to before me this
20TH day of June, 2013.

_____
Notary Public

> JOHN C. HIGBIE
> Comm. #2023563
> Notary Public - California
> Ventura County
> Comm. Expires Jun 3, 2017

ACCEPTED:

Dated: New York, New York

_____, 2013

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

la-1214146

1